UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 2419

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Magistrate Docket No. |
| ) | |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | |
| ) | Title 8, U.S.C., Section 1326 |
| **Porfilio GUTIERREZ-Aguilar,** ) | Deported Alien Found in the |
| ) | United States |
| ) | |
| Defendant ) | |
| ) | |

The undersigned complainant, being duly sworn, states:

On or about **August 4, 2008** within the Southern District of California, defendant, **Porfilio GUTIERREZ-Aguilar,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 5th DAY OF **AUGUST, 2008**

Ruben B. Brooks
UNITED STATES MAGISTRATE JUDGE

8/4/08



CONTINUATION OF COMPLAINT:
Porfilio GUTIERREZ-Aguilar

## PROBABLE CAUSE STATEMENT

On August 04, 2008, Border Patrol Agent J. Pearson was assigned to Border Patrol duties in Jamul, California. At approximately 5:45 am, Agent Pearson responded to a seismic intrusion device Northwest of the Tecate, California Port of Entry. Upon arrival in the area Agent Pearson observed fifteen individuals walking north. Agent Pearson identified himself as a United States Border Patrol Agent and conducted an immigration inspection. All fifteen subjects including one later identified as the defendant **Porfilio GUTIERREZ-Aguilar,** admitted to being citizens and nationals of Mexico without any immigration documents allowing them to enter or remain in the United States legally. All fifteen were placed under arrest and transported to the Brown Field Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on or about **July 24, 2008.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen and national of Mexico illegally present in the United States.